BEFORE THE SECOND DIVISION, MARCH 7, 1957

**No. 60555.**—Euramca Trading Corporation *v.* United States, protest 261365–K (New York).

Opinion by LAWRENCE, J. From an examination of the papers in the case, the court found nothing tending in any way to overcome the presumption of correct-

ness attaching to the decision of the collector. The protest was therefore overruled.